THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LANCE NORRIS, Defendant-Appellant.

(No. 59342;

First District (5th Division)—January 4, 1974.

PER CURIAM.
ENGLISH, J., took no part.

James J. Doherty, Public Defender, of Chicago (Daniel Miranda and Sheila Racy, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for the People.